# Court of Appeals
# of the State of Georgia

ATLANTA, April 23, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1754. ANDRE LATRELL BURTON v. THE STATE.**

In 2017, Andre Latrell Burton pled guilty to kidnapping with bodily injury and other crimes. In 2024, he filed a motion to set aside his sentence. On November 5, 2025, the trial court denied the motion, and on March 2, 2026, Burton filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Burton's notice of appeal was filed approximately four months after entry of the trial court's order, it is untimely.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/23/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*